# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ENERGY STATE LIMITED, a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>M/V CRIMSON MONARCH (IMO No. 9675597), its engines, tackle and apparel, etc.<br><br>Defendant *IN REM*. | IN ADMIRALTY<br><br>No.<br><br>**ORDER AUTHORIZING ARREST OF VESSEL** |

This matter came before this Court on Plaintiff Energy State Limited's ("Plaintiff") Motion to Issue Warrant for Arrest of Vessel. This Court has reviewed the files and records herein, including specifically, Plaintiff's Motion to Issue Warrant for Arrest of Vessel and supporting declaration as well as the Verified Complaint and exhibits attached thereto.

Being fully advised on this matter, this Court HEREBY FINDS that Plaintiff has an action *in rem* against the Defendant Vessel M/V CRIMSON MONARCH, IMO No. 9675597, in the approximate amount as alleged, and that there is sufficient reason to believe that said vessel is within this district and the jurisdiction of this Court, that conditions for an action *in rem* appear to exist pursuant to Fed. R. Civ. P. Supplemental Rule C (3), it is HEREBY

ORDER AUTHORIZING ARREST OF VESSEL – Page 1

{28693-00311829;1}

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

ORDERED that the arrest of the vessel M/V CRIMSON MONARCH, IMO No. 9675597 is authorized, and the Clerk of the Court is authorized to issue a warrant for arrest of the vessel M/V CRIMSON MONARCH, IMO No. 9675597.

DATED this 22 day of May, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

LE GROS BUCHANAN & PAUL

*s/ Markus B. G. Oberg*
Markus B.G. Oberg, WSBA #34914
Mary C. Butler, WSBA #44855
Attorneys for Defendants
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Phone: (206) 623-4990
Fax: (206) 467-4828
Email: moberg@legros.com
mbutler@legros.com
Attorneys for Plaintiff Energy State Limited

ORDER AUTHORIZING ARREST OF VESSEL – Page 2
{28693-00311829;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990