THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ENERGY STATE LIMITED, a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>M/V CRIMSON MONARCH (IMO No. 9675597), its engines, tackle and apparel, etc.,<br><br>Defendant *IN REM*. | IN ADMIRALTY<br><br>No. 2:17-cv-793 RAJ<br><br>**ORDER FOR RELEASE OF VESSEL** |

WHEREAS, the Plaintiff Energy State Limited ("Plaintiff") has caused the Defendant M/V CRIMSON MONARCH (IMO. No. 9675597) ("Defendant Vessel") to be arrested in this jurisdiction by the United States Marshal; and

WHEREAS, Defendant Vessel interests, represented by attorneys at Keesal, Young & Logan, have posted security in sufficient form and amount, conditioned to answer any judgment of this or any appellate court in Plaintiff's favor, pursuant to Rule E (5) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

///

ORDER FOR RELEASE OF VESSEL – Page 1
Case No. 2:17-cv-793 RAJ

{28693-00314551;2}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

NOW THEREFORE IT IS ORDERED pursuant to Supplemental Rule E(5) that the Defendant Vessel shall be released from arrest and be allowed to depart this jurisdiction.

DATED this 1st day of June, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

LE GROS, BUCHANAN & PAUL

*s/ Markus B.G. Oberg*
*s/ Mary C. Butler*
MARKUS B.G. OBERG, WSBA #34914
MARY C. BUTLER, WSBA #44855
Attorneys for Plaintiff Energy State Limited

ORDER FOR RELEASE OF VESSEL – Page 2
Case No. 2:17-cv-793 RAJ
{28693-00314551;2}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990